UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SALIMATA MBENGUE,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF STATE, U.S. EMBASSY IN DAKAR, REPUBLIC OF SENEGAL, ANTONY BLINKEN, United States Secretary of State, and MIKE RAYNOR, U.S. Ambassador to the Republic of Senegal,

        Defendant.

No. 22-CV-6679 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On August 15, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan no later than September 30, 2022, in advance of the October 6, 2022 initial status conference. To date, no joint letter or case management plan has been filed to the docket. The parties are hereby ordered to file the joint letter and proposed case management plan no later than October 5, 2022.

SO ORDERED.

Dated:    October 3, 2022
              New York, New York

                                                              Ronnie Abrams
                                                              United States District Judge