UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SALIMATA MBENGUE,

                Plaintiff,

v.

UNITED STATES DEPARTMENT OF STATE, U.S. EMBASSY IN DAKAR, REPUBLIC OF SENEGAL, ANTONY BLINKEN, United States Secretary of State, and MIKE RAYNOR, U.S. Ambassador to the Republic of Senegal,

                Defendant.

No. 22-CV-6679 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    An initial status conference is scheduled in this matter today at 3:15 p.m. On August 15, 2022, the Court ordered the parties to submit a joint letter and proposed case management by no later than September 30, 2022. On October 3, 2022, having received no such submission, the Court ordered the parties to submit a joint letter and proposed management plan by October 5, 2022. To date, a joint letter and case management plan have not been filed, nor has proof of service been filed on the docket.

    In light of the above, the initial status conference is hereby adjourned until November 10, 2022 at 2:30 p.m. The parties shall submit their joint letter and proposed case management plan no later than November 3, 2022. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 6, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge